UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JEROME DERNS,

    Petitioner

v.

MARK CAPOZZA,

    Respondents

CIVIL ACTION NO. 3:CV-19-0282

(Judge Mannion)

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the Eastern District of Pennsylvania.

2. The Clerk of Court shall **CLOSE** this case.

    s/ *Malachy E. Mannion*
    **MALACHY E. MANNION**
    **United States District Judge**

**DATED: April 9, 2019**
19-0282-01-order.wpd